# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEANINE SCHUTZ, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:18-830 |
| v. | : | (JUDGE MANNION) |
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | : | |
| | : | |
| Defendant | : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

The plaintiff's motion to remand, **(Doc. 7)**, is **DENIED**.


s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: November 7, 2018**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2018 MEMORANDA\18-830-01-ORDER.wpd